UNITED STATES MIDDLE DISTRICT COURT OF NORTH CAROLINA

WILLIAM K. MORAN
  Plaintiff,
v
NORTH CAROLINA DEPARTMENT
OF ADULT CORRECTIONS
  Defendant,

42 U.S.C. 1997(e)(a)

Petitioner now comes under N.C.G.S 148-118.1 (Authority) to preserve the above cause of action to proceed with constitutional and civil rights violations in the Federal District Court above.

Petitioner has started the exhaustive remedy in grievance no. 4860-2023-T2F-22950 and requests such preservation under the "Civil Rights of Institutionalized Person Act."

Respectfully submitted this 19th day of November 2023,

Petitioner- William K. Moran
Scotland Correctional Inst.
22385 McGirts Bridge Rd,
Laurinburg, N.C.
28352

opus # 1561832